**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Brandon Huckeby, | : |
| | : Civil Action No.: 5:15-cv-615 |
| Plaintiff, | : |
| v. | : |
| | : |
| USAA Savings Bank, | : **COMPLAINT** |
| | : |
| Defendant. | : |
| | : |
| | : |

For this Complaint, Plaintiff, Brandon Huckeby, by undersigned counsel, states as follows:

## JURISDICTION

1.     This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA").

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3.     Plaintiff, Brandon Huckeby ("Plaintiff"), is an adult individual residing in Saint Joseph, Missouri, and is a "person" as defined by 47 U.S.C. § 153(39).

4.     Defendant USAA Savings Bank ("USAA"), is a Texas business entity with an address of 9800 Fredericksburg Road, San Antonio, Texas 78288, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5.      Within the last four years, USAA placed calls to Plaintiff's cellular telephone, number 414-xxx-8099, using an automatic telephone dialing system ("ATDS") and/or using an artificial or prerecorded voice.

6.      When Plaintiff answered calls from USAA, he heard a prerecorded message stating that the call was from USAA.

7.      On April 21, 2015, Plaintiff mailed a letter to USAA.  The letter instructed USAA to cease all calls to Plaintiff's cellular telephone.

8.      Nevertheless, USAA continued to harass Plaintiff with automated calls.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *et seq.*

9.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10.      At all times mentioned herein, Defendant called Plaintiff on his cellular telephone using an ATDS and/or using a prerecorded or artificial voice.

11.      Defendant placed automated calls to Plaintiff's cellular telephone despite knowing that it lacked consent to do so.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

12.      The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

13.      Upon information and belief, Defendant's telephone system has the capacity to store numbers in a random and sequential manner.

14.      Plaintiff is entitled to an award of $500.00 in statutory damages for each call

2

made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15.     As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1.   Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C); and

2.   Such other and further relief that the Court may deem just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: July 28, 2015

Respectfully submitted,

By:   __/s/ Sergei Lemberg_____

Sergei Lemberg, *Attorney-in-Charge*
Connecticut Bar No. 425027
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: slemberg@lemberglaw.com
Attorneys for Plaintiff