UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Brandon Huckeby,<br><br>                      Plaintiff,<br>  v.<br><br>USAA Savings Bank,<br><br>                      Defendant. | Civil Action No.: 5:15-cv-00615-XR |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 13, 2016

                                                    Respectfully submitted,

                                                    By:   /s/ Sergei Lemberg

                                                    Sergei Lemberg, *Attorney-in-Charge*
                                                  Connecticut Bar No. 425027
                                                  LEMBERG LAW, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  E-mail: slemberg@lemberglaw.com
                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By   /s/ Sergei Lemberg

                                     Sergei Lemberg